UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1443

ERIC C. HANSEN,

Petitioner,

versus

CALDWELL DIVING COMPANY, INCORPORATED; EM-
PLOYER'S INSURANCE OF WAUSAU; UNITED STATES
DEPARTMENT OF LABOR, Division of Longshore
Harbors Workers; BENEFITS REVIEW BOARD, UNITED
STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(BRB-98-1596)

Submitted: February 8, 2001          Decided: February 13, 2001

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric C. Hansen, Petitioner Pro Se.  Stephen Edward Darling, SINKLER
& BOYD, P.A., Charleston, South Carolina; Laura Jessica Stomski,
OFFICE OF WORKERS' COMPENSATION PROGRAMS, Washington, D.C., for
Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eric C. Hansen seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of benefits pursuant to the Longshore & Harbor Workers' Compensation Act. 33 U.S.C.A. §§ 901-950 (West 1994 & Supp. 2000). Hansen also appeals the Board's order denying his motion for reconsideration. Our review of the record discloses that the Board's decisions are based upon substantial evidence and are without reversible error. Accordingly, we affirm on the reasoning of the Board. Hansen v. Caldwell Diving Co., Inc., No. BRB-98-1596 (Sept. 7, 1999 & Feb. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2